# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| v. | * CIVIL ACTION NO.: 08-300-CG-B |
| **$20,520.00, MORE OR LESS, IN U.S. CURRENCY; One (1) Beretta .40 caliber handgun, serial no. BER020651M,** | * |
| **Defendants.** | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered of even date herein, the defendants, $20,520.00, more or less, in U.S. Currency, and One (1) Beretta .40 caliber handgun, serial no. BER020651M, are forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE** and **ORDERED** this 4th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE